UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAYAKRISHNAN K NAIR,<br><br>Plaintiff,<br><br>v.<br><br>TITAN TOWING, et al.,<br><br>Defendants. | Case No. 2:24-cv-02255-APG-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 3). Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case." The Court finds Plaintiff has met the requirements for E-filing and submitted a signed Consent for Electronic Service of Documents (ECF No. 2), and thus grants the Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 3) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall forward the Consent for Electronic Service of Documents (ECF No. 2) to the Help Desk to configure Plaintiff's CM/ECF account. Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure Plaintiff's CM/ECF account.

Dated this 6th day of December, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE