UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAYAKRISHNAN NAIR, et al., | Case No.: 2:24-cv-02255-APG-EJY |
| Plaintiffs | **Order on Reports and Recommendations** |
| v. | [ECF Nos. 19, 22] |
| TITAN TOWING, et al., | |
| Defendants | |

On April 17, 2025, Magistrate Judge Youchah recommended that I dismiss plaintiff Jayakrishnan Nair's complaint without leave to amend in federal court, but without prejudice to Nair pursuing his claims in state court. ECF No. 19. A few days later, Nair filed an amended complaint that added plaintiffs and defendants. ECF No. 20. Judge Youchah then issued an amended report and recommendation, again recommending that I dismiss this case without leave to amend in federal court, but without prejudice to the plaintiffs pursuing their claims in state court. ECF No. 22.

The plaintiffs did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's reports and recommendations (ECF Nos. 19, 22) are accepted, and the plaintiffs' complaints (ECF Nos. 12, 20) are dismissed

without leave to amend in federal court, but without prejudice to the plaintiffs pursuing their claims in state court. The clerk of court is instructed to close this case.

DATED this 27th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE