UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAYAKRISHNAN NAIR, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>TITAN TOWING, et al.,<br><br>    Defendants | Case No.: 2:24-cv-02255-APG-EJY<br><br>**Order De-Consolidating Cases** |
| JAYAKRISHNAN NAIR, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>DANIEL LEAL, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01257-APG-EJY |

These two cases were consolidated because they seemed to involve common questions of law or fact. ECF No. 28. Nair filed the second case because he could not file a third amended complaint in the first case while his motion for reconsideration was pending. *See* Case No. 2:25-cv-1257-APG-EJY, ECF No. 1-1 at 9. I have now denied his motion for reconsideration and that case remains closed. Thus, there is no longer any reason to keep the cases consolidated.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that these two cases are de-consolidated. The clerk of court is directed to re-open Case No. 2:25-cv-1257-APG-EJY, assign it to me and Magistrate Judge Youchah, and reinstate the motions for leave to proceed In Forma Pauperis, to file electronically, and to remand (ECF Nos. 1, 3, 4).

DATED this 20th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE